IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX A. McCURDY,

      Petitioner,                      No. CIV S-07-1059 MCE EFB P

      vs.

STEPHEN W. MAYBERG, et al.,

      Respondents.               ORDER

                                    /

      Petitioner is an individual civilly committed pursuant to California's Sexually Violent Predators Act. Petitioner is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Because this action will be transferred to another district, this court will defer ruling on petitioner's request to proceed in forma pauperis.

      Petitioner challenges his recommitment to state hospital. He is presently housed at Coalinga State Hospital in Fresno County, but he was confined pursuant to a commitment by the Napa County Superior Court, which is located in the Northern District of California.

      In habeas corpus cases, venue is proper: (1) in the district of confinement, or (2) in the district of "conviction and sentencing." 28 U.S.C. § 2241(d). Because civil recommitment

/////

1

1  hearings take place in the court of original conviction, only the second venue option is
2  appropriate.
3       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
4  transferred to the United States District Court for the Northern District of California.  28 U.S.C.
5  § 2241(d).
6  DATED:  July 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE